UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

JS-6

| Case No. | 2:23-cv-05971-MCS<br>Adversary Number, 2:23-ap-01093-BR<br>USBC Central District of California at Los Angeles, 2:23-bk-10350-BR | Date | September 21, 2023 |
|---|---|---|---|

| Title | *In re David Glenn Danon* |
|---|---|

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER OF DISMISSAL FOR LACK OF PROSECUTION (JS-6)

On August 16, 2023, the Court issued an Order to Show Cause re: Bankruptcy Appeal Order to Show Cause Why This Case Should Not be Dismissed for Lack of Prosecution (ECF No. 10). The Court advised appellant that it will consider the appellant's filing with the Clerk of the Bankruptcy Court a designation of record, a statement of issues on appeal, and a notice regarding the ordering of transcripts as an appropriate response to this Order to Show Cause, on or before August 28, 2023. Appellant has failed to comply. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

IT IS SO ORDERED.

cc: Bankruptcy Court